**Order entered September 9, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00403-CR
No. 05-15-00404-CR
No. 05-15-00405-CR

**VINCENT DEWAYNE JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court
Dallas County, Texas
Trial Court Cause Nos. F13-60209-P, F13-60595-P, F13-60931-P**

## ORDER

The Court **GRANTS** appellant's motion for extension of time to file appellant's reply brief.

We **ORDER** appellant to file the reply brief within **THIRTY (30) DAYS** from the date of this order.

/s/    ADA BROWN
        JUSTICE